|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | THOMAS N. TEACHOUT, | Case No. 3:20-cv-00212-MMD-CLB |
| 4 | Plaintiff | **ORDER** |
| 5 | v. | |
| 6 | CHARLES DANIEL, et al., | |
| 7 | Defendants | |

**I. DISCUSSION**

On April 8, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the $350 filing fee. To apply for *in forma pauperis* status, the inmate must submit all three the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Plaintiff has not submitted to the Court a fully executed Financial Certificate or an inmate account statement for the past six months. Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because the application is incomplete. The Court will grant Plaintiff a **one-time extension** to file

1  a fully complete application to proceed *in forma pauperis* containing all three of the
2  required documents. Plaintiff will file a fully complete application to proceed *in forma*
3  *pauperis* on or before **June 9, 2020**. Absent unusual circumstances, the Court will <u>not</u>
4  grant any further extensions of time. If Plaintiff is unable to file a fully complete application
5  to proceed *in forma pauperis* with all three required documents on or before **June 9, 2020**,
6  the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the
7  Court when Plaintiff is able to acquire all three of the documents needed to file a fully
8  complete application to proceed *in forma pauperis*. To clarify, a dismissal <u>without</u>
9  <u>prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under
10 a new case number, when Plaintiff has all three documents needed to submit with the
11 application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an
12 application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or
13 before **June 9, 2020** to proceed with this case. The Court will retain Plaintiff's civil rights
14 complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff
15 timely files a fully complete application to proceed *in forma pauperis* with all three
16 documents or pays the full $400 filing fee.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice to file a new fully complete application to proceed *in forma pauperis* with all three documents.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **June 9, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **June 9, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: April 9, 2020.

_____
UNITED STATES MAGISTRATE JUDGE