UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| THOMAS N. TEACHOUT, | Case No. 3:20-cv-00212-MMD-CLB |
|---|---|
| Plaintiff | ORDER |
| v. | |
| CHARLES DANIEL, et al., | |
| Defendants | |

**I.    DISCUSSION**

On June 24, 2020, the Court issued a screening order dismissing Plaintiff's complaint with leave to amend and directed Plaintiff to file an amended complaint within thirty days. (ECF No. 20.)  Plaintiff has not filed an amended complaint, but he has filed a motion requesting a copy of the screening order, as well as copies of the motions he has filed in this case. (ECF No. 24 at 1.)  Plaintiff alleges that correctional officers have taken his legal paperwork, including the Court's order. (*Id.*)  Plaintiff requests copies of the documents so that he can obtain legal counsel. (*Id.*)  Plaintiff provides no explanation for why any of these documents are necessary for him to obtain legal counsel. (*Id.*)

There is a per page charge for copy work.  Copies produced from an electronic format (CM/ECF) are $.10 per page; copies produced from a physical format are $.50 per page.  An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis* as the *in forma pauperis* statute, 28 U.S.C. § 1915, does not authorize the Court to pay the costs for an indigent litigant's copy requests.

The Court will direct the Clerk of the Court to send Plaintiff a courtesy copy of the Court's screening order, as well as the approved form for filing a § 1983 complaint and instructions for the same.  The Court will also direct the Clerk of the Court to send Plaintiff a copy of the docket sheet.  If Plaintiff would like copies of any of his motions, he must fill out the appropriate paperwork and pay for the copies.

In light of Plaintiff's motion, the Court will also extend the deadline for Plaintiff to file an amended complaint until September 1, 2020. If Plaintiff does not file an amended complaint by September 1, 2020, the Court will dismiss this action with prejudice for failure to state a claim.

## II.   CONCLUSION

It is therefore ordered that Plaintiff's motion requesting copies (ECF No. 24) is granted in part and denied in part.

It is further ordered that the Clerk of the Court send to Plaintiff a courtesy copy of the screening order (ECF No. 20) and a docket sheet.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint and instructions for the same. If Plaintiff chooses to file an amended complaint, he should use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that, if Plaintiff chooses to file an amended complaint curing the deficiencies of his complaint, as outlined in this order, Plaintiff will file the amended complaint by September 1, 2020.

It is further ordered that, if Plaintiff fails to file an amended complaint curing the deficiencies outlined in this order, this action will be dismissed with prejudice for failure to state a claim.

DATED this 3rd day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE